# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    MICHELLE C SPICER

        Debtor(s)

Case No. 17-29287

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/29/2017.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 01/11/2018.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $3,375.00 | |
| Less amount refunded to debtor | $562.50 | |
| **NET RECEIPTS:** | | **$2,812.50** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,527.50 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $135.00 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$2,662.50** |

Attorney fees paid and disclosed by debtor:         $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 13/7 LLC | Unsecured | NA | 2,250.00 | 2,250.00 | 0.00 | 0.00 |
| ABC CREDIT & RECOVERY | Unsecured | 18,250.00 | NA | NA | 0.00 | 0.00 |
| Acceptance Now | Unsecured | 1,591.00 | NA | NA | 0.00 | 0.00 |
| ADAM KLINE | Unsecured | 13,000.00 | NA | NA | 0.00 | 0.00 |
| ADAM KLINE | Unsecured | NA | 4,695.36 | 4,695.36 | 0.00 | 0.00 |
| AMERICAN FIRST FINANCE | Unsecured | 1,495.00 | 1,420.67 | 1,420.67 | 0.00 | 0.00 |
| Arronrnts | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | NA | 3,153.93 | 3,153.93 | 0.00 | 0.00 |
| BLACK EXPRESSION | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| Buckeye Check Cashing | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Buckeye Check Cashing | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| CB/HSN | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 320.00 | 2,843.06 | 2,843.06 | 0.00 | 0.00 |
| CLEVELAND PUBLIC POWER | Unsecured | 179.00 | NA | NA | 0.00 | 0.00 |
| CNAC GLENDALE HEIGHTS | Unsecured | 8,993.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 881.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,703.00 | 2,859.02 | 2,859.02 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Unsecured | 7,394.00 | NA | NA | 0.00 | 0.00 |
| CREST FINANCIAL | Unsecured | 867.00 | NA | NA | 0.00 | 0.00 |
| DIRECT LOAN SERVICING SYSTEM | Unsecured | 1,160.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| EMERG ROOM CARE S C | Unsecured | 834.00 | NA | NA | 0.00 | 0.00 |
| Empact Emergency | Unsecured | 653.00 | NA | NA | 0.00 | 0.00 |
| Empact Emergency | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Empact Emergency | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| EMPACT EMERGENCY PHYSICIANS | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| FREEDOMCASH | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| HENNEPIN COUNTY COURT | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HONOR FINANCE LLC | Unsecured | 6,581.00 | NA | 6,306.63 | 0.00 | 0.00 |
| HONOR FINANCE LLC | Secured | 6,025.00 | 12,606.63 | 6,300.00 | 150.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 8,463.00 | 8,463.00 | 8,463.00 | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 1,321.00 | NA | NA | 0.00 | 0.00 |
| IL LABORATORY MEDICINE ASSOC | Unsecured | 467.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | NA | 1,545.04 | 1,545.04 | 0.00 | 0.00 |
| INDIAN PRAIRIE SCHOOL DIST 204 | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| INPATIENT CONSULTANTS OF IL | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 9,435.62 | 9,435.62 | 9,435.62 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 7,748.64 | 7,748.64 | 7,748.64 | 0.00 | 0.00 |
| KARI PRESCOTT MD | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORP | Unsecured | 504.00 | NA | NA | 0.00 | 0.00 |
| LAKESHORE FITNESS | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| MERIT SLEEP TECH | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| METEA VALLEY HIGH ACTIVITY | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| METROPOLITAN ADVANCED RAD SI | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE EAR NOSE AND THROA | Unsecured | 3,113.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 755.00 | 375.35 | 375.35 | 0.00 | 0.00 |
| NORDSTROM FSB | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 700.00 | 953.49 | 953.49 | 0.00 | 0.00 |
| PREMIER BANKCARD | Unsecured | 616.00 | 616.09 | 616.09 | 0.00 | 0.00 |
| PROGRESSIVE | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| QVC | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| RAC ACCEPTANCE | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| RDG FUNDING F | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Rush Copley | Unsecured | 2,711.00 | NA | NA | 0.00 | 0.00 |
| Rush Copley | Unsecured | 379.00 | NA | NA | 0.00 | 0.00 |
| Rush Copley | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| Rush Copley | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| SAM LEVITZ FURNITURE | Unsecured | 2,745.00 | NA | NA | 0.00 | 0.00 |
| SHARP CHULA VISTA MEDICAL CEN | Unsecured | 5,617.00 | NA | NA | 0.00 | 0.00 |
| SIERRA LENDING | Unsecured | 3,818.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST GAS CORPORATION | Unsecured | 357.00 | 356.94 | 356.94 | 0.00 | 0.00 |
| TIME WARNER CABLE | Unsecured | 1,081.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 81,348.00 | NA | NA | 0.00 | 0.00 |
| VALLEY IMAGING CONSULTANTS LI | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| YMCA OF GREATER ST PAUL | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,300.00 | $150.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,300.00** | **$150.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,748.64 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$7,748.64** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$45,274.20** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,662.50 |
| Disbursements to Creditors | $150.00 |
| **TOTAL DISBURSEMENTS:** | **$2,812.50** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/05/2018                    By: /s/ Tom Vaughn
                                                 Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**